# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ADAM LANE,**  **PLAINTIFF**
**ADC # 155843**

v.   Case No. 4:20-cv-00553 KGB-JTK

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction,** *et al.*   **DEFENDANTS**

## ORDER

Before the Court are proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney on July 8, 2020, and November 5, 2020 (Dkt. Nos. 9, 21). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 9, 21). Accordingly, the Court dismisses without prejudice plaintiff Adam Lane's claims against defendants Director Dexter Payne, Deputy Director Rory Griffen, Jacqueline Buterbaugh, David Ryles, Assistant Director William Straughn, Warden Hurst, Warden Joe Paige, Major Young, Captain Adam Clark, Captain Tasha Griffen, Lieutenant Maple Adkins, Sergeant Erika Ross, and Nina Williams for failure to state a claim upon which relief may be granted (Dkt. No. 9, at 5). The Court also grants defendants' motion for partial summary judgment on the issue of exhaustion and dismisses without prejudice Mr. Lane's claims against defendant Sonya Perry (Dkt. No. 17).

It is so ordered this 27th day of January, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge