IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADAM LANE,**  **PLAINTIFF**
**ADC # 155843**

v.   Case No. 4:20-cv-00553 KGB-JTK

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date and this Court's prior Orders, it is considered, ordered, and adjudged that this case is dismissed. The relief requested is denied.

So adjudged this 28th day of February, 2022.

*[signature]*
Kristine G. Baker
United States District Judge